# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL G. PORTER

VERSUS

PEOPLE MAGAZINE TIME, INC., TIME
INC. BOOKS D/B/A PEOPLE MAGAZINE
AND ANNE LANG AND STEVE HELLING (IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES WITH PEOPLE MAGAZINE AND
TIME INC. BOOKS AND TIME, INC.)

NO.  2019 CW 1134

**OCTOBER 29, 2019**

---

In Re:    Joel G. Porter, applying for rehearing, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          644,603.

---

**BEFORE:    WHIPPLE, C.J., WELCH, CRAIN, PENZATO, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**VGW**
**WJC**
**AHP**
**WIL**

**Welch, J.,** dissents and would grant the application for
rehearing.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT